## LeGAULT *v.* KLEBBA.

TRIAL—EVIDENCE—PLEADINGS.

> Trial court did not abuse discretion in refusing to allow pleading filed by defense counsel "on information and belief" to be introduced into evidence by plaintiff.

Appeal from Huron; Bach (Arthur D.), J. Submitted Division 2 June 4, 1968, at Lansing. (Docket No. 4,007.) Decided June 24, 1968.

Complaint by Raymond LeGault against Frank Klebba, doing business as Half-Way Tavern, for damages under the Michigan dramshop act for the death of plaintiff's son. Verdict and judgment for defendant. Plaintiff appeals. Affirmed.

*Patterson & Patterson,* for plaintiff.

*Okrent, Baun & Vulpe,* for defendant.

REFERENCES FOR POINTS IN HEADNOTE
29 Am Jur 2d, Evidence §§ 687, 691.

PER CURIAM. In an action brought under the Michigan dramshop act, CLS 1961, § 436.22 *et seq.* (Stat Ann 1957 Rev and Stat Ann 1968 Cum Supp § 18.993 *et seq.*), a judgment of no cause of action was granted in favor of the defendant Frank Klebba, doing business as Half-Way Tavern.

This appeal is taken from the trial court's denial of plaintiff's motion for a new trial on the ground that the court erred in refusing to allow a pleading filed by defense counsel "on information and belief" to be admitted in evidence at the trial.

Upon a review of the pleadings and the record herein, we find no abuse of discretion on the part of the trial judge in denying admission of the pleading as evidence and in denying the motion for new trial.

Affirmed. Costs to appellee.

LESINSKI, C. J., and BURNS and FENLON, JJ., concurred.